UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                               Case No. 3:21-cr-135

vs.

MEHDI IDMHAND,                               District Judge Michael J. Newman
                                                            Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

### ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 38)

---

      This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 38. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in count one of the Amended Corrected Information, which charges him with possession with intent to distribute oxycodone in violation of Title 21 U.S.C. §§ 841(a)(1), (b)(1)(C). Doc. No. 32. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **March 17, 2022 at 10:00 AM**.

    **IT IS SO ORDERED.**

  December 27, 2021                                             s/ Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge